**Order entered August 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00792-CV

### IN RE ROGER BARONE, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50207-2019**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Before the Court is relator's petition for writ of mandamus.  We request that real party in interest Janeane Dena Barone and respondent filed their responses to the petition, if any, by **SEPTEMBER 3, 2019**.


/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE